IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Massengill, Deborah Ann | Case Number: 05 B 09564 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 3/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: May 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 53,089.95 | |
| Secured: | | 26,266.56 |
| Unsecured: | | 20,769.27 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,678.89 |
| Other Funds: | | 675.23 |
| Totals: | 53,089.95 | 53,089.95 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chicago Ave Credit Union | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 16,329.11 | 16,329.11 |
| 4. | Overland Bond & Investment Corp | Secured | 8,354.75 | 8,354.75 |
| 5. | Chicago Ave Credit Union | Secured | 1,582.70 | 1,582.70 |
| 6. | Chicago Ave Credit Union | Unsecured | 5,584.72 | 5,584.72 |
| 7. | America's Financial Choice Inc | Unsecured | 200.00 | 200.00 |
| 8. | Overland Bond & Investment Corp | Unsecured | 7,258.09 | 7,258.09 |
| 9. | Chicago Ave Credit Union | Unsecured | 896.38 | 896.38 |
| 10. | Drive Financial Services | Unsecured | 6,332.08 | 6,332.08 |
| 11. | AmeriCash Loans, LLC | Unsecured | 498.00 | 498.00 |
| 12. | Urban Insurance Agency | Unsecured | | No Claim Filed |
| 13. | AT&T Wireless | Unsecured | | No Claim Filed |
| 14. | Atlantic Loan Co | Unsecured | | No Claim Filed |
| 15. | William Alexander | Unsecured | | No Claim Filed |
| 16. | Helvey & Associates Inc | Unsecured | | No Claim Filed |
| 17. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 18. | Pay Day Loans | Unsecured | | No Claim Filed |
| 19. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 20. | Sun Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,735.83 | $ 49,735.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 135.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Massengill, Deborah Ann

Printed: 9/3/08

Case Number: 05 B 09564
Judge: Hollis, Pamela S
Filed: 3/16/05

|  |  |
|---|---|
| 3% | 114.67 |
| 5.5% | 665.81 |
| 5% | 254.85 |
| 4.8% | 366.24 |
| 5.4% | 895.31 |
| 6.5% | 246.59 |
|  | _____ |
|  | $ 2,678.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

